**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

RECEIVED
SEP 1 2 2005
CLERK U.S. DISTRICT
WEST. DIST. OF PENNSY...

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: September 1, 2005

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106


RECEIVED SEP 6 2005 U.S. C.A. 3rd

IN RE: <u>BEATA A. STARK, ET AL V. EAR NOSE AND THROAT SPECIALISTS OF NORTHWESTERN PENNSYLVANIA</u>
WESTERN DIST. OF PA NO. <u>CA 04-32 ERIE</u>
U.S.C.A. NO. <u>05-2345</u>

Dear Ms. Waldron:

Enclosed please find:

| | |
|---|---|
| <u>X</u> | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| _ | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
SUSAN D. PARMETER
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE 9/8/05